UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 ) |

This Document Relates To:

*Suzanne Finello v. Bayer Corporation, et al*     No. 13-cv-20017-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court on defendants' Motion to Show Cause Why Case Should Not Be Dismissed for Failure to Comply with CMO 61 Document Preservation Requirements (Doc. 9).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Granting Motion for Order (Doc. 13) filed on February 4, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
       **Deputy Clerk**

**Dated:**  February 4, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.04
15:40:19 -06'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**